AO ___          Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____Arkansas_____

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG Amendment 821 |

**V.**

EDIE RONEWIDEMON

Case Number:     4:19-CR-00417-04-JM

USM Number:     32806-009

**Date of Original Judgment:** _____8/20/21_____     Alex Morphis and Caitlin Bennett
**(Or Date of Last Amended Judgment)**          Defendant's Attorney

Upon motion of  ☐ the defendant   ☐ the Director of the Bureau of Prisons      X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.
X GRANTED and the defendant's previously imposed sentence of imprisonment of _____66_____ months is reduced to __53__ months.

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to
Departure/Variance/Rule 35): __29__          Amended Offense Level: __27__
          Criminal History Category:  _I_          Criminal History Category:: _I_
Previous Guideline Range: _87_ to _108_ months          Amended Guideline Range: : _70_ to _87_ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
X The original term of imprisonment imposed was less than the guideline range applicable to the
     defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated 8/20/21  shall remain in effect.

**IT IS SO ORDERED.**

_____1/4/24_____                    _____
Order Date                         Signature of Judge

_____February 1, 2024_____          __James M. Moody, Jr., United States District Judge__
Effective Date (if delayed)               Name and Title of Judge